```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
IN RE: Acetaminophen - ASD-ADHD          :        22md3043  (DLC)
Products Liability Litigation            :        25cv7203  (DLC)
                                         :        25cv8011  (DLC)
This Document Relates to:                :        25cv6239  (DLC)
Babcock v. Johnson & Johnson Consumer,   :        25cv7191  (DLC)
Inc. et al., Case No. 1:25-cv-7203       :        25cv10737 (DLC)
Barnes v. Johnson & Johnson Consumer,    :        25cv6199  (DLC)
Inc. et al., Case No. 1:25-cv-7203       :        25cv6201  (DLC)
Barrios v. Johnson & Johnson Consumer,   :        25cv9068  (DLC)
Inc. et al., Case No. 1:25-cv-6239       :        25cv9541  (DLC)
Bianchi v. Johnson & Johnson Consumer,   :        25cv6212  (DLC)
Inc. et al., Case No. 1:25-cv-7191       :        25cv7195  (DLC)
Brand v. Johnson & Johnson Consumer,     :        25cv7207  (DLC)
Inc. et al., Case No. 1:25-cv-10737      :        25cv6922  (DLC)
Buie v. Johnson & Johnson Consumer,      :        25cv6128  (DLC)
Inc. et al., Case No. 1:25-cv-6199       :        25cv7944  (DLC)
Byrne v. Johnson & Johnson Consumer,     :        25cv6923  (DLC)
Inc. et al., Case No. 1:25-cv-6201       :        25cv9073  (DLC)
Cabrera v. Johnson & Johnson Consumer,   :        25cv10724 (DLC)
Inc. et al., Case No. 1:25-cv-9068       :        25cv9074  (DLC)
Conner v. Johnson & Johnson Consumer,    :        25cv7210  (DLC)
Inc. et al., Case No. 1:25-cv-9541       :        25cv7211  (DLC)
Davis v. Johnson & Johnson Consumer,     :        25cv9077  (DLC)
Inc. et al., Case No. 1:25-cv-6212       :        25cv8020  (DLC)
Diol v. Johnson & Johnson Consumer,      :        25cv8021  (DLC)
Inc. et al., Case No. 1:25-cv-7195       :        25cv8013  (DLC)
Faux v. Johnson & Johnson Consumer,      :        25cv6215  (DLC)
Inc. et al., Case No. 1:25-cv-7207       :        25cv10721 (DLC)
Followill v. Johnson & Johnson          :        25cv7949  (DLC)
Consumer, Inc. et al., Case No. 1:25-   :        25cv6219  (DLC)
cv-6922                                  :        25cv8023  (DLC)
France v. Johnson & Johnson Consumer,    :        25cv6926  (DLC)
Inc. et al., Case No. 1:25-cv-6218       :        25cv8015  (DLC)
Gadzinski v. Johnson & Johnson          :        25cv9542  (DLC)
Consumer, Inc. et al., Case No. 1:25-   :        25cv7953  (DLC)
cv-7944                                  :        25cv7990  (DLC)
Gayle v. Johnson & Johnson Consumer,     :        25cv10729 (DLC)
Inc. et al., Case No. 1:25-cv-6923       :        25cv6925  (DLC)
Gutierrez v. Johnson & Johnson          :        25cv7222  (DLC)
Consumer, Inc. et al., Case No. 1:25-   :        25cv6929  (DLC)
cv-9073                                  :        25cv7995  (DLC)
Jeffers v. Johnson & Johnson Consumer,   :        25cv6233  (DLC)
Inc. et al., Case No. 1:25-cv-10724      :        25cv7226  (DLC)
                                         :        25cv9079  (DLC)
```

Johnson v. Johnson & Johnson Consumer,      :          25cv6927  (DLC)
Inc. et al., Case No. 1:25-cv-9074          :          25cv8001  (DLC)
Jones v. Johnson & Johnson Consumer,        :          25cv6222  (DLC)
Inc. et al., Case No. 1:25-cv-7210          :         25cv10092  (DLC)
King v. Johnson & Johnson Consumer,         :          25cv6235  (DLC)
Inc. et al., Case No. 1:25-cv-7211          :          25cv7229  (DLC)
Kippel v. Johnson & Johnson Consumer,       :          25cv9701  (DLC)
Inc. et al., Case No. 1:25-cv-9077          :          25cv8005  (DLC)
Limbrick v. Johnson & Johnson               :          25cv6931  (DLC)
Consumer, Inc. et al., Case No. 1:25-       :
cv-8020                                     :          FINAL JUDGMENT:
Malphus v. Johnson & Johnson Consumer,      :          25cv7203  (DLC)
Inc. et al., Case No. 1:25-cv-8021          :          25cv8011  (DLC)
Martinez v. Johnson & Johnson               :          25cv6239  (DLC)
Consumer, Inc. et al., Case No. 1:25-       :          25cv7191  (DLC)
cv-8013                                     :         25cv10737  (DLC)
Maxwell v. Johnson & Johnson Consumer,      :          25cv6199  (DLC)
Inc. et al., Case No. 1:25-cv-6215          :          25cv6201  (DLC)
McCoy v. Johnson & Johnson Consumer,        :          25cv9068  (DLC)
Inc. et al., Case No. 1:25-cv-10721         :          25cv9541  (DLC)
Miller v. Johnson & Johnson Consumer,       :          25cv6212  (DLC)
Inc. et al., Case No. 1:25-cv-7949          :          25cv7195  (DLC)
Misenheimer v. Johnson & Johnson            :          25cv7207  (DLC)
Consumer, Inc. et al., Case No. 1:25-       :          25cv6922  (DLC)
cv-6219                                     :          25cv6128  (DLC)
Monigan v. Johnson & Johnson Consumer,      :          25cv7944  (DLC)
Inc. et al., Case No. 1:25-cv-8023          :          25cv6923  (DLC)
Morris v. Johnson & Johnson Consumer,       :          25cv9073  (DLC)
Inc. et al., Case No. 1:25-cv-6926          :         25cv10724  (DLC)
Moxley v. Johnson & Johnson Consumer,       :          25cv9074  (DLC)
Inc. et al., Case No. 1:25-cv-8015          :          25cv7210  (DLC)
Oliver-Ayers v. Johnson & Johnson           :          25cv7211  (DLC)
Consumer, Inc. et al., Case No. 1:25-       :          25cv9077  (DLC)
cv-9542                                     :          25cv8020  (DLC)
Patterson v. Johnson & Johnson              :          25cv8021  (DLC)
Consumer, Inc. et al., Case No. 1:25-       :          25cv8013  (DLC)
cv-7953                                     :          25cv6215  (DLC)
Redden v. Johnson & Johnson Consumer,       :         25cv10721  (DLC)
Inc. et al., Case No. 1:25-cv-7990          :          25cv7949  (DLC)
Reich v. Johnson & Johnson Consumer,        :          25cv6219  (DLC)
Inc. et al., Case No. 1:25-cv-10729         :          25cv8023  (DLC)
Robinson v. Johnson & Johnson               :          25cv6926  (DLC)
Consumer, Inc. et al., Case No. 1:25-       :          25cv8015  (DLC)
cv-6925                                     :          25cv9542  (DLC)
Rogers v. Johnson & Johnson Consumer,       :          25cv7953  (DLC)
Inc. et al., Case No. 1:25-cv-7222          :          25cv7990  (DLC)
                                            :         25cv10729  (DLC)

2

```
Romero v. Johnson & Johnson Consumer,   :      25cv6925  (DLC)
Inc. et al., Case No. 1:25-cv-6929      :      25cv7222  (DLC)
Rose v. Johnson & Johnson Consumer,     :      25cv6929  (DLC)
Inc. et al., Case No. 1:25-cv-7995      :      25cv7995  (DLC)
Rusignola v. Johnson & Johnson          :      25cv6233  (DLC)
Consumer, Inc. et al., Case No. 1:25-   :      25cv7226  (DLC)
cv-6233                                 :      25cv9079  (DLC)
Scurry v. Johnson & Johnson Consumer,   :      25cv6927  (DLC)
Inc. et al., Case No. 1:25-cv-7226      :      25cv8001  (DLC)
Shattuck v. Johnson & Johnson           :      25cv6222  (DLC)
Consumer, Inc. et al., Case No. 1:25-   :      25cv10092 (DLC)
cv-9079                                 :      25cv6235  (DLC)
Stark v. Johnson & Johnson Consumer,    :      25cv7229  (DLC)
Inc. et al., Case No. 1:25-cv-6927      :      25cv9701  (DLC)
Stokes v. Johnson & Johnson Consumer,   :      25cv8005  (DLC)
Inc. et al., Case No. 1:25-cv-8001      :      25cv6931  (DLC)
Strachan v. Johnson & Johnson           :
Consumer, Inc. et al., Case No. 1:25-   :
cv-6222                                 :
Stuart v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-10092     :
Warren v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-6235      :
Williams v. Johnson & Johnson           :
Consumer, Inc. et al., Case No. 1:25-   :
cv-7229                                 :
Williams v. Johnson & Johnson           :
Consumer, Inc. et al., Case No. 1:25-   :
cv-9701                                 :
Wills v. Johnson & Johnson Consumer,    :
Inc. et al., Case No. 1:25-cv-8005      :
Zetley v. Johnson & Johnson Consumer,   :
Inc. et al., Case No. 1:25-cv-8005      :
------------------------------------- X
```

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted.  An Order of January 16, 2024 provided that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should

3

not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case.

In a letter of April 1, 2026, counsel for defendant Johnson & Johnson Consumer Inc. informed the Court that, in the following fifty-two actions, defendants were served and plaintiffs were required to file show cause responses between November 17, 2025 and March 20, 2026: 25cv7203, 25cv8011, 25cv6239, 25cv7191, 25cv10737, 25cv6199, 25cv6201, 25cv9068, 25cv9541, 25cv6212, 25cv7195, 25cv7207, 25cv6922, 25cv6128, 25cv7944, 25cv6923, 25cv9073, 25cv10724, 25cv9074, 25cv7210, 25cv7211, 25cv9077, 25cv8020, 25cv8021, 25cv8013, 25cv6215, 25cv10721, 25cv7949, 25cv6219, 25cv8023, 25cv6926, 25cv8015, 25cv9542, 25cv7953, 25cv7990, 25cv10729, 25cv6925, 25cv7222, 25cv6929, 25cv7995, 25cv6233, 25cv7226, 25cv9079, 25cv6927, 25cv8001, 25cv6222, 25cv10092, 25cv6235, 25cv7229, 25cv9701, 25cv8005, and 25cv6931.  Because plaintiffs have not filed a show cause response in any of the above-captioned member cases, it is hereby

ORDERED that judgment is entered for defendants in Member Cases 25cv7203, 25cv8011, 25cv6239, 25cv7191, 25cv10737, 25cv6199, 25cv6201, 25cv9068, 25cv9541, 25cv6212, 25cv7195,

4

25cv7207, 25cv6922, 25cv6128, 25cv7944, 25cv6923, 25cv9073,

25cv10724, 25cv9074, 25cv7210, 25cv7211, 25cv9077, 25cv8020,

25cv8021, 25cv8013, 25cv6215, 25cv10721, 25cv7949, 25cv6219,

25cv8023, 25cv6926, 25cv8015, 25cv9542, 25cv7953, 25cv7990,

25cv10729, 25cv6925, 25cv7222, 25cv6929, 25cv7995, 25cv6233,

25cv7226, 25cv9079, 25cv6927, 25cv8001, 25cv6222, 25cv10092,

25cv6235, 25cv7229, 25cv9701, 25cv8005, and 25cv6931, and the

cases are dismissed with prejudice.

Dated:    New York, New York
          April 1, 2026

_____
DENISE COTE
United States District Judge